

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE 04 - 60 

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CIV-COHN

NINE THOUSAND EIGHT HUNDRED
SIXTY-SEVEN DOLLARS ($9,867.00)
IN UNITED STATES CURRENCY,

        Defendant.
_____/

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The plaintiff, the United States of America, hereby files this Verified Complaint for Forfeiture *In Rem* and in support states the following:

1. This is a civil action for Forfeiture *In Rem* of Nine Thousand Eight Hundred Sixty-Seven Dollars ($9,867.00) in United States Currency (hereinafter referred to as the "defendant currency"),

2. Jurisdiction is vested in this Court, pursuant to Title 28, United States Code, Sections 1331, 1345 and 1355.

3. Venue lies in this district, pursuant to Title 28, United States Code, Section 1395 because the defendant currency is located within the Southern District of Florida and will remain so during the pendency of these proceedings.



## BASIS OF FORFEITURE

4. The United States of America seeks forfeiture of the defendant currency, pursuant to Title 21, United States Code, Section 881 (a)(6) as money or other things of value furnished in exchange for controlled substances in violation of the Controlled Substance Act, Title 21, United States Code, Section 801, et. seq., and/or as proceeds traceable to such exchanges and/or as money used to facilitate such violations.

## FACTUAL BACKGROUND

5. On or about February 24, 2004, Security Screeners employed by the Transportation and Safety Administration(TSA) were conducting routine security checks and noticed abnormal bulges within the clothing of the Claimant, Francisco Gomez, and two other men with whom he was traveling.

6. Upon examination of the bulges within the clothing of the Claimant, it was revealed that the bulges were large amounts of United States currency.

7. The Claimant, along with the other two men with whom he was traveling, was escorted by Domestic Interdiction Unit (DIU) personnel to the DIU office for further questioning regarding his possession of the United States Currency.

8. The Claimant fled from DIU personnel; however he was thereafter appended after a brief struggle.

9. The Claimant refused to speak to DIU personnel; however Nine Thousand Eight Hundred Sixty-Seven Dollars ($9,867.00) in United States Currency was found in his possession.

10. A narcotics detection canine was called to the DIU office to examine the currency found in the possession of the Claimant, and the narcotics canine positively alerted to the presence of an odor of a controlled substance emanating from the currency taken from the possession of the Claimant.

11. Further investigation of the Claimant revealed that he was found to be in possession of false identification and that he had a criminal history which included arrests for both Conspiracy to Distribute Cocaine and Alien Smuggling. Additionally, it was discovered that the Claimant was scheduled to appear the next day in Federal Court, along with one of the other men with whom he was traveling, for sentencing resulting from a Conspiracy to Distribute Cocaine charge.

12. The currency was thereafter seized for federal forfeiture, and the Government accordingly files this Verified Complaint for Forfeiture *In Rem* for said currency and money orders.

## FORFEITURE ALLEGATION

By reason of the foregoing, the defendant currency has become and is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6) on the grounds that the currency is money or other things of value furnished in exchange for controlled substances in violation of the Controlled Substance Act, Title 21, United States Code, Section 801, et. seq., and/or as proceeds traceable to such exchanges and/or as money used to facilitate such violations.

**WHEREFORE,** the United States of America requests that process in due course of law according to the procedures of the Court in cases of actions *in rem* in accordance with provisions of Rule C (3) of the Supplemental Rules of Certain Admiralty and Maritime Claims issue against the

defendant currency; that any person or persons having any interest therein be cited and directed to appear herein and to answer the Government's Verified Complaint for Forfeiture *In Rem*; that this Court decree the condemnation and forfeiture of the defendant currency to the United States; and that the Plaintiff have such other and further relief as may be just and proper.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
CAROL E. A. DEGRAFFENREIDT
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0642101
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33394
Tel: (954) 660-5726
Fax:(954) 356-7180
E-mail:  Carol.DeGraffenreidt@usdoj.gov

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that I, Thomas J. Redpath, Special Agent of the United States Drug Enforcement Administration, have read the foregoing Verified Complaint for Forfeiture *In Rem* and state that the contents are true to the best of my knowledge and belief.

THOMAS J. REDPATH
SPECIAL AGENT
UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION

5

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**CIV-COHN**

### DEFENDANTS
NINE THOUSAND EIGHT HUNDRED SIXTY-SEVEN DOLLARS ($9,867.00) IN UNITED STATES CURRENCY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**04-60965**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Carol E.A. DeGraffenreidt
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 660-5726

**MAGISTRATE JUDGE SNOW**

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:04cv60965-Cohn-Snow

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | A LABOR | B SOCIAL SECURITY | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions A OR B |
| | | B☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Title 21, United States Code, Section 881(a)(6)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE
7-23-4

SIGNATURE OF ATTORNEY OF RECORD
Carol E.A. DeGraffenreidt

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.